UNITED STATES COURT OF APPEALS

DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CRIMINAL DOCKETING STATEMENT

(To be completed by appellant)

1. Appellate Case Number: 23-3170    1a. Criminal Action Number: 1:21-cr-00118-RCL
2. Case Name: United States of America v. Lisa Marie Eisenhart
3. Appellant's Name: Lisa Marie Eisenhart
   3a. Appellant's Defendant No.: 02    3b. Appellant's Fed. Reg/PDID No. 26121-509
4. Date of conviction 4/18/2023    4a. Date of sentence 9/8/2023
5. Name of District Court Judge Hon. Royce C. Lamberth
6. Date of Notice of Appeal Filed: 9/12/2023
7. Offense(s) of conviction: 18 U.S.C. 1512, others
8. Did appellant plead guilty?    ○ Yes  ● No
9. What sentence was imposed? 30 months
10. How much of the sentence has appellant served? approx. 3 months
11. Is appellant challenging the conviction?    ● Yes  ○ No
12. Is appellant challenging the sentence?    ● Yes  ○ No
13. Has appellant filed a post-conviction motion?    ○ Yes  ● No
    If yes, what motion, date filed, and disposition:
14. Is appellant incarcerated?    ○ Yes  ● No
    If yes, where:
    If no, address:                                           Phone (   )
15. Has appellant moved for release pending appeal in District Court?    ○ Yes  ● No
    If yes, date filed          Disposition:
    If no, does defendant intend to file such a motion in the District Court?  ● Yes  ○ No
16. Will appellant file a motion for release pending appeal in court of appeals?  ● Yes  ○ No
17. Did appellant have court-appointed counsel in District Court?    ● Yes  ○ No
18. Does counsel appointed in District Court wish to continue on appeal?    ● Yes  ○ No
19. Did defendant have retained counsel in district court?    ○ Yes  ● No
    If yes, will case proceed on appeal with retained counsel?    ○ Yes  ○ No
    If no, will appellant seek appointment of counsel on appeal?    ● Yes  ○ No
    If no, has a motion to proceed in forma pauperis been filed?    ● Yes  ○ No
20. Has counsel ordered transcripts?    ○ Yes  ● No
21. If yes, from what proceedings: trial, sentencing
22. If yes, when will transcripts be completed? unknown
23. Did counsel seek expedited preparation of sentencing transcripts?    ○ Yes  ● No

Signature [signed]    Date 10/10/2023
Name of Party Gregory S. Smith, Attorney for Defendant Lisa Eisenhart
Firm Address Law Offices of Gregory S. Smith, 913 East Capitol Street SE, Washington DC 20003
Phone ( 202 ) 460-3381    Fax ( 202 ) 330-5229

Note: In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)