```
           UNITED STATES COURT OF APPEALS
         FOR THE DISTRICT OF COLUMBIA CIRCUIT
```

**UNITED STATES OF AMERICA,**

      **Appellee,**

  **v.**                                                            **No. 23-3171**

**ERIC GAVELEK MUNCHEL,**

      **Appellant.**

### INTERIM TRANSCRIPT STATUS REPORT

☐  No transcripts are necessary for this appeal as the case was decided on the pleadings.

☐  All transcripts necessary for the appeal have been completed and received.

          \* \* \* \* \*

Interim Part I:    The following necessary transcripts have been ordered but not received:

| Date | Type of Proceeding | Court Reporter |
|---|---|---|
| 04/13/21 | Status Conference | Nancy Meyer |
| 09/20/21 | Status Conference | Elizabeth Saint-Loth |
| 12/13/21 | Status Conference | Bryan Wayne |
| 03/10/22 | Status Conference | Cathryn Jones |
| 05/17/22 | Status Conference | Elizabeth Saint-Loth |
| 08/08/22 | Status Conference | Jeff Hook |
| 08/18/22 | Status Conference | Jan Dickman |
| 10/03/22 | Status Conference | Nancy Meyer |
| 12/01/22 | Status Conference | Janet Davis |
| 12/02/22 | Status Conference | Janet Davis |
| 04/18/23 | Stipulated Bench Trial | Bryan Wayne |

Interim Part II:    The following necessary transcripts have been completed and received:

Interim Part III:    State below any additional comments regarding preparation of the transcripts or

the record on appeal which may delay the briefing of this case:

_____
_____
_____

                      Respectfully submitted,

                      A. J. KRAMER
                      FEDERAL PUBLIC DEFENDER

                          /s/
                      _____
                      SANDRA ROLAND
                      Assistant Federal Public Defender
                      625 Indiana Avenue, N.W., Suite 550
                      Washington, D.C.  20004
                      (202) 208-7500

### **CERTIFICATE OF SERVICE**

    I hereby certify that I filed the foregoing Interim Transcript Status Report with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on December 22, 2023.

    Chrisellen R. Kolb, Chief – Appellate Section, Criminal Division, U.S. Attorney's Office for the District of Columbia, counsel for appellee, Chrisellen.R.Kolb@usdoj.gov, who is a registered CM/ECF user, will be served by the appellate CM/ECF system.

    I further certify that some of the participants in the case are not registered CM/ECF users. The foregoing document will be served by email to Lisa Edwards, Nancy Meyer, Elizabeth Saint-Loth, Bryan Wayne, Cathryn Jones, Jeff Hook, Jan Dickman, and Janet Davis, Official Court Reporters.

                                        _____/s/_____
                                        SANDRA ROLAND