UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Appellee,** | ) | |
| | ) | |
| v. | ) | NO. 23-3171 |
| | ) | |
| **ERIC GAVELEK MUNCHEL** | ) | |
| | ) | |
| **Appellant.** | ) | |

**FINAL TRANSCRIPT STATUS REPORT
AND REQUEST TO SET BRIEFING SCHEDULE**

Appellant, Eric Gavelek Munchel, through undersigned counsel, respectfully requests that this Court set a briefing schedule pursuant to which his opening brief will be due on August 8, 2024. In support of this motion, appellant states that all transcripts necessary for this appeal have been received. Given previously set filing deadlines in other cases, counsel requests ninety days to prepare appellant's opening brief.

Wherefore, counsel requests that the Court set a briefing schedule under which appellant's opening brief would be due on August 8, 2024.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
SANDRA ROLAND
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Sandra_roland@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Final Transcript Status Report and Request to Set Briefing Schedule with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on May 10, 2024.

Chrisellen Rebecca Kolb, Chief - Appellate Section, Criminal Division, U.S. Attorney's Office for the District of Columbia, counsel for appellee, Chrisellen.R.Kolb@usdoj.gov, who is a registered CM/ECF user, will be served by the appellate CM/ECF system.

_____/s/_____
SANDRA ROLAND

2