# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3170**　　　　　　　　　　　　　　　　**September Term, 2023**

1:21-cr-00118-RCL-1
1:21-cr-00118-RCL-2

**Filed On: July 26, 2024** [2066811]

United States of America,

　　　　Appellee

　　v.

Lisa Marie Eisenhart,

　　　　Appellant

------------------------------

Consolidated with 23-3171

## O R D E R

　　Upon consideration of appellants' unopposed motion to hold appeal in abeyance, it is

　　**ORDERED** that the motion be granted, and these consolidated cases be held in abeyance pending further order of the court.

　　The parties are directed to file motions to govern further proceedings in these consolidated cases within 30 days of the issuance of this court's mandate in <u>Fischer v. United States</u>, No. 22-3038.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　James A. Kaiser
　　　Deputy Clerk